IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dan J. Swoveland,   Case No.: 3:19-cv-1561

    Petitioner,

v.   **ORDER**

Neil Turner, Warden,

    Respondent.

This is a *pro se* state prisoner habeas corpus proceeding under 28 U.S.C. § 2254(d). I referred the petition to a Magistrate Judge for filing of a Report & Recommendation, which Magistrate Judge Jonathan D. Greenburg has filed (Doc. 10). In the Report & Recommendation the Magistrate Judge has duly notified the petitioner of the deadline for filing objections. That time has passed without the petitioner having filed timely objections.

On *de novo* review, I find the Report & Recommendation well-taken in all respects.

Accordingly, it is hereby

**ORDERED THAT** the Magistrate Judge's Report & Recommendation (Doc. 10) be, and the same hereby is, adopted as the order of this court, and the petition be, and the same hereby is, denied and dismissed, with prejudice. No Certificate of Appealability shall issue.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge